# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PATE, | CASE NO. CV-F-09-2176 LJO SMS |
| Plaintiff, | **ORDER TO DISMISS AND CLOSE** |
| vs. | |
| GC SERVICES LIMITED PARTNERSHIP, | |
| Defendant. | |

On April 20, 2010, 2009, plaintiff and defendant filed a notice of voluntary dismissal in the above-titled action. Pursuant to Fed. R. Civ. P. 41(a), this action is DISMISSED. All dates are VACATED. The clerk is directed to CLOSE to action.

IT IS SO ORDERED.

**Dated:   April 21, 2010**                            /s/ Lawrence J. O'Neill
                                                        UNITED STATES DISTRICT JUDGE

1